1  Jeffery A. Korinko, SBN 171913
   WATKINS & LETOFSKY, LLP
2  2900 S. Harbor Avenue, Suite 240
   Santa Ana, CA 92704
3  Telephone:  (949) 476-9400
   Facsimile:   (949) 476-9407
4  E-mail:  JKorinko@wl-llp.com

5  Attorneys for Plaintiff
   STATE FARM GENERAL
6  INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          CENTRAL DIVISION

11

| STATE FARM GENERAL INSURANCE COMPANY, | Case No. 8:19-cv-01330-MCS-KES |
|---|---|
| Plaintiff, | **PLAINTIFF STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF SETTLEMENT** |
| v. | Complaint Filed:  April 3rd, 2019 |
| | District Judge:  Hon. Mark C. Scarsi |
| | Courtroom: 7C |
| BROAN-NUTONE LLC; JAKEL MOTORS INCORPORATED; and DOES 1 to 20, Inclusive, | Pre-Trial Conference: August 9, 2021 |
| | Trial Date: August 24, 2021 |
| Defendants. | |

To the Court, and counsel for all parties involved in this case:

   This entire case has settled.  The settlement is conditional in that the settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms which are expected to be performed within 45 days of the date of this Notice of Settlement.  A Joint Motion to Dismiss the Entire Action will be filed no later than September 15, 2021.

1  Counsel for Plaintiff and Defendants would appreciate it if the Court would
2  vacate the trial and pre-trial hearings currently scheduled and set an Order to Show
3  Cause Hearing after September 15, 2021.

Dated:   August 2, 2021        WATKINS & LETOFSKY, LLP

By: _____
JEFFERY A. KORINKO
Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

*[STATE FARM GENERAL INSURANCE COMPANY v BROAN NUTONE LLC. ET AL. ]*

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby further certify that service of the foregoing **PLAINTIFF STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF SETTLEMENT** was also made this day by email as stated, addressed to the following:

| | |
|---|---|
| Krsto Mijanovic, Esq.<br>T. John Arbucci, Esq.<br>HAIGHT BROWN & BONESTEEL LLP<br>555 S. Flower Street, Forty-Fifth Floor<br>Los Angeles, CA 90071<br>213-542-8000 Tel<br>213-542-8100 Fax<br>kmijanovic@hbblaw.com<br>jarbucci@hbblaw.com | **Attorneys for Defendant,**<br>**BROAN NUTONE LLC; JAKEL MOTORS INCORPORATED** |

Executed this 2 day of August, 2021 in Santa Ana, California.

_____
Chloe Walker,
WATKINS & LETOFSKY, LLP

1