1  Krsto Mijanovic (Bar No. 205060)
    *kmijanovic@hbblaw.com*
2  Patrick F. McIntyre (Bar No. 272042)
    *pmcintyre@hbblaw.com*
3  Natasha A. Kader (Bar No. 305772)
    *nkader@hbblaw.com*
4  HAIGHT BROWN & BONESTEEL LLP
   555 South Flower Street, Forty-Fifth Floor
5  Los Angeles, California 90071
   Telephone: 213.542.8000
6  Facsimile: 213.542.8100

7  Attorneys for Defendants BROAN-NUTONE LLC; JAKEL MOTORS
8  INCORPORATED (erroneously sued as Regal Beloit Corporation fka Jakel, Inc.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC; REGAL BELOIT CORPORATION fka JAKEL, INC. and DOES 1 to 20 Inclusive,<br><br>Defendants. | Case No. 8:19-cv-01330 MCS-KESx<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)] |

///
///
///
///
///
///
///
///

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff STATE FARM GENERAL INSURANCE COMPANY ("Plaintiff") and Defendants BROAN-NUTONE LLC; JAKEL MOTORS INCORPORATED (erroneously sued as Regal Beloit Corporation fka Jakel, Inc.) ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

**IT IS SO STIPULATED.**

Dated: September 20, 2021 WATKINS & LETOFSKY, LLP

By: [signature]
Jeffrey Korinko, Esq.
Attorneys for Plaintiff

Dated: September 21, 2021 HAIGHT BROWN & BONESTEEL LLP

By: [signature]
Krsto Mijanovic
Patrick F. McIntyre
Attorneys for Defendants

Haight

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing, and that I obtained authorization from them to affix their electronic signatures to this Joint Stipulation and Request for Dismissal of Entire Action With Prejudice before filing.

HAIGHT BROWN & BONESTEEL LLP

By: Patrick F. McIntyre
Attorney for Defendants

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*State Farm General Insurance Company v. Broan-NuTone LLC, et al.*
Case No. 8:19-cv-01330-MCS-KES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On September 22, 2021, I served true copies of the following document(s) described as:

**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

**[Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)]**

on the interested parties in this action as follows:

Jeffery A. Korinko, Esq.
WATKINS & LETOFSKY LLP
2900 S. Harbor Blvd., Suite 240
Santa Ana, CA 92704

Attorneys for Plaintiff State Farm General Insurance Company
Tel: 949.476.9400
Fax: 949.476.9407
Email: JKorinko@wl-llp.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 22, 2021, at Los Angeles, California.

*Paula M. Johnson*
Paula M. Johnson